# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02087-RPM-BNB

DIANA LANE and GARY ROCHEFORT,

        Plaintiffs,

v.

SHANGRI-LA MOBILE HOME PARK, SHANGRI-LA MHP, LLC, BLP/SHANGRI-LA ACQUISITION, LLC, and ICON INVESTMENT GROUP

        Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THE COURT, having reviewed the Stipulated Motion to Dismiss with Prejudice ("Motion"), and being otherwise advised of the premises, hereby:

GRANTS the Motion and dismisses the claims between the parties in this matter with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated September 6th, 2007.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            United States District Judge